STATE, Respondent v. MATHES, Appellant

(145 N.W.2d 337)

(File No. 10303. Opinion filed October 5, 1966)

**Robert Lafleur,** Rapid City, for defendant and appellant.

**Frank L. Farrar,** Atty. Gen., Pierre, **David F. Sieler,** State's Atty., Rapid City, for plaintiff and respondent.

PER CURIAM.

The record in this action was settled on November 26, 1965, and although more than sixty days have elapsed since that date, the appellant has failed to serve or file an appellant's brief as required by the rules of this court. The appeal is therefore deemed abandoned.

Our order will be that the appeal be dismissed and the judgment of the trial court affirmed.